**STATE of Missouri, Respondent,**

v.

**Charles T. ROBINSON, Appellant.**

**No. WD 39502.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1988.

Sean D. O'Brien, Public Defender, David Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and NUGENT and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from the judgment of conviction of murder, second degree and armed criminal action.

Judgment affirmed. Rule 30.25(b).

1